UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRITI PATEL, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>NEW YORK SCHOOL OF INTERIOR DESIGN,<br><br>      Defendant. | No. 1:25-cv-05890-GBD<br><br>[PROPOSED] ORDER |

Pursuant to the Parties' Joint Motion to Stay Pending Mediation, the following is hereby

**ORDERED**:

a. All litigation deadlines are stayed pending mediation scheduled for January 16, 2026;

b. The Parties are ordered to provide a status update to the Court regarding the outcome of mediation on or before January 30, 2026.

Dated: NOV 1 3 2025

_____
Hon. George B. Daniels
United States District Court Judge